AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>PAYNE, JAMES H. | 2. Court or Organization<br><br>U.S.D.C.(EAST/NORTH/WEST OKLA) | 3. Date of Report<br><br>08/13/2001 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. DISTRICT JUDGE NOMINEE | 5. Report Type (check type)<br><br>X Nomination, Date 08/02/2001<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>01/01/2000<br>to<br>08/13/2001 |
| 7. Chambers or Office Address<br><br>ROOM 451 U.S. COURTHOUSE<br><br>P.O. BOX 2459<br><br>MUSKOGEE, OKLAHOMA 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Bank of America (formerly Nations Bank) | Promissory Note & Mortgaged Real Estate Investment (VII, Line 6) | J |
| 2 | North American Mortgage Co., Houston, TX | Promissory Note & Mortgaged Rental Property, Muskogee, OK (VII, Line 3) | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 08/13/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 4TH STREET BUILDING CORP, Muskogee, OK (1989) | C | Dividend | L | Q | Exempt | | | | |
| 2 900 ACRE FARM - Stonewall Co., TX (1/8 interest) | A | Rent | L | W | Exempt | | | | |
| 3 RENTAL PROPERTY - Duplex Muskogee, OK | D | Rent | K | W | Exempt | | | | |
| 4 BANCFIRST (formerly City Bank) Muskogee, OK SAVINGS | A | Interest | J | T | Exempt | | | | |
| 5 BANCFIRST (formerly City Bank) Muskogee, OK SAVINGS | A | Interest | J | T | Exempt | | | | |
| 6 COMMERCIAL REAL ESTATE - 18 Acres Muskogee, OK (1/5 int) | A | Rent | K | W | Exempt | | | | |
| 7 EDWARD D. JONES CO - Muskogee, OK - MONEY MARKET | A | Interest | J | T | Exempt | | | | |
| 8 Wal-Mart Stores, Inc. (Wmt) STOCK | A | Dividend | K | T | Exempt | | | | |
| 9 UTS Van Kampen Merritt ANNUITY | A | Dividend | J | T | Exempt | | | | |
| 10 Anchor Nat'l ANNUITY | B | Dividend | K | T | Exempt | | | | |
| 11 AmCap Fund, Inc. MUTUAL FUND (HIGH INCOME) | A | Dividend | K | T | Exempt | | | | |
| 12 American Mutual Funds, Inc | B | Dividend | K | T | Exempt | | | | |
| 13 Vodafone (Vod) STOCK | A | Dividend | J | T | Exempt | | | | |
| 14 Edison, Int'l (EIX) STOCK | A | Dividend | J | T | Exempt | | | | |
| 15 Lucent Technology (LU) STOCK | A | Dividend | J | T | Exempt | | | | |
| 16 Pepsico (PEP) STOCK | C | Dividend | M | T | Exempt | | | | |
| 17 Tricon Global (Yum) STOCK | A | Dividend | K | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assess |
|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  SBC Commun (SBC) STOCK | B | Dividend | L | T | Exempt | | | | |
| 19  AmCapFund - MUTUAL FUND | A | Dividend | J | T | Exempt | | | | |
| 20  Oracle (ORCL) STOCK | A | Dividend | K | T | Exempt | | | | |
| 21  Compaq Computers (CPQ) STOCK | A | Dividend | J | T | Exempt | | | | |
| 22  Staples (SPLS) STOCK | A | Dividend | J | T | Exempt | | | | |
| 23  Ascent STOCK | A | Dividend | | | Exempt | | | | |
| 24  Oneok (OKE) STOCK | A | Dividend | J | T | Exempt | | | | |
| 25  Pfizer, Inc. (PFE) STOCK | A | Dividend | J | T | Exempt | | | | |
| 26  Washington Mutual Investors MUTUAL FUND | A | Dividend | J | T | Exempt | | | | |
| 27  Williams Co., Inc.(WMB)STOCK | A | Dividend | J | T | Exempt | | | | |
| 28  Cisco (CSCO) STOCK | A | Dividend | J | T | Exempt | | | | |
| 29  EuroPacific Growth (AEPGX) MUTUAL FUND (X) | A | Dividend | J | T | Exempt | | | | |
| 30  Putnam New C (PNCAX) MUTUAL FUND | A | Dividend | J | T | Exempt | | | | |
| 31  Putnam New Opp (PNOPX) MUTUAL FUND | A | Dividend | J | T | Exempt | | | | |
| 32  Carnival Corp. Pan (CCL) STOCK | A | Dividend | | | Exempt | | | | |
| 33  Delta Airlines (DAL) STOCK | A | Dividend | J | T | Exempt | | | | |
| 34  NTN Comm. (NTN) STOCK | A | Dividend | | | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessr |
|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated |

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 35 European Growth Port 00A MUTUAL FUND | A | Dividend | J | T | Exempt | | | | |
| 36 John Hancock Growth MUTUAL FUND | A | Dividend | J | T | Exempt | | | | |
| 37 ML Growth Fund CLB MUTUAL FUND | A | Dividend | J | T | Exempt | | | | |
| 38 Alliance DDFD-Corp. Bond Port CLB MUTUAL FUND | A | Dividend | K | T | Exempt | | | | |
| 39 Williams Communications (WCG) STOCK | A | Dividend | J | T | Exempt | | | | |
| 40 ML Banking Advantage MONEY MARKET | B | Dividend | K | T | Exempt | | | | |
| 41 AVAYA, Inc. (AV) STOCK | A | Dividend | J | T | Exempt | | | | |
| 42 Sprint Corp. PCS Com SR1 STOCK | A | Dividend | J | T | Exempt | | | | |
| 43 CMA Money Fund MONEY MARKET | A | Dividend | K | T | Exempt | | | | |
| 44 Puerto Rico Cmwlth IFA MUN. BOND | A | Dividend | K | T | Exempt | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessi | |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
PAYNE, JAMES H.

Date of Report
08/13/2001

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date 08-13-01

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 61 | 000 | 00 | Notes payable to banks--secured | 28 | 000 | 00 |
| U.S. Government securities--add schedule | – | | | Notes payable to banks--unsecured | – | | |
| Listed securities--add schedule | 598 | 000 | 00 | Notes payable to relatives | – | | |
| Unlisted securities--add schedule | 50 | 000 | 00 | Notes payable to others | – | | |
| Accounts and notes receivable: | – | | | Accounts and bills due | 5 | 000 | 00 |
| Due from relatives and friends | – | | | Unpaid income tax | – | | |
| Due from others | – | | | Other unpaid tax and interest | – | | |
| Doubtful | – | | | Real estate mortgages payable--add schedule | 67 | 000 | 00 |
| Real estate owned--add schedule | 385 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | – | | | Other debts--itemize: | | | |
| Autos and other personal property | 35 | 000 | 00 | | | | |
| Cash value--life insurance | | | | | | | |
| Other assets--itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 100 | 000 | 00 |
| | | | | Net Worth | 1,029 | 000 | 00 |
| Total Assets | 1,129 | 000 | 00 | Total liabilities and net worth | 1,129 | 000 | 00 |
| CONTINGENT LIABILITIES | – | | | GENERAL INFORMATION | – | | |
| As endorser, comaker or guarantor | – | | | Are any assets pledged? (Add schedule.) | – | | |
| On leases or contracts | – | | | Are you defendant in any suits or legal actions? | – | | |
| Legal Claims | – | | | Have you ever taken bankruptcy? | – | | |
| Provision for Federal Income Tax | – | | | | | | |
| Other special debt | – | | | | | | |